SEPTEMBER 28, 1942

**No. 47607.—**▮▮▮▮▮▮▮▮▮▮▮▮—Protest 11128–K of Richard Heilbrunn. C. D. 668. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, SEPTEMBER 30, 1942

**No. 47608.—**Protest 972075–G of F. W. Baude (San Francisco).

Opinion by OLIVER, P. J. The plaintiff's witness identified samples of merchandise which were received in evidence as exhibits 1 and 2. Exhibit 1 is a so-called slide ornamented with filigree work and he testified that this article is used with cloth or fabric that is sewed to the center bar, the combination of the slide and material being used as a belt for a woman's dress. Exhibit 2 consists of two circular metal articles, $1\frac{1}{4}$ inches in diameter, the tops of which are ornamented with filigree work, and his testimony showed that these articles are belt buckles and used as such on women's dresses and coats. Plaintiff relied on the decision in *Streamline Button Co.* v. *United States* (7 Cust. Ct. 138, C. D. 555), but inasmuch as that case related to the trade agreement with Czechoslovakia (T. D. 49458), which has no application here, the court held that the decision in that case has no bearing on the issue herein. On the record presented the merchandise was held properly classified under paragraph 1527 (c) (2).

BEFORE THE SECOND DIVISION, SEPTEMBER 30, 1942

**No. 47609.—**Protests 7367–K, etc., of International Clearing House of New York (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items consist of woven mufflers composed wholly or in chief value of silk, hemmed, of the same character as those in Abstract 45938, they were held dutiable at 60 percent under paragraph 1209 as claimed.